FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 2 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE KINCAIDE, | NO. CV 07-6781-JSL (AGR) |
| Petitioner, | |
| v. | |
| SUE HUBBARD (Warden), | ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |
| Respondent. | |

## I.

## **SUMMARY OF PROCEEDINGS**

This is a habeas case brought pro se by a state prisoner to challenge denial of parole. Petitioner states he is in custody at California Medical Facility in Vacaville, California, which is in the Eastern District of California. (Petition at 1-2.)

In the underlying case, Petitioner was convicted of murder and robbery (with a gun enhancement) by a Los Angeles county jury in 1986. (*Id.* at 2.) In 1987, Petitioner was sentenced to 31 years to life. (*Id.*) The Petition alleges that the judgment was affirmed on appeal. (*Id.* at 2-3.)

///

On October 18, 2007, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in this Court in which he challenged the illegal denial of parole. (*Id.* at 5.)

For the reasons described below, the action must be transferred to the Eastern District of California.

## II.

## DISCUSSION

Because Petitioner's claim is about the denial of parole, it is a challenge to the execution, rather than the validity, of his sentence. Venue for habeas cases involving state prisoners is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). However, the district of confinement is the preferable forum to review the execution of a sentence. *See Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

## III.

## ORDER

It is ORDERED that this action be transferred to the United States District Court for the Eastern District of California, and that the Clerk of this Court effect such transfer.

It is further ORDERED that the Clerk serve copies of this Order on the parties.

Dated: ___, Oct. 30, 2007

*Spencer Letts*

J. SPENCER LETTS
United States District Judge

Presented by:

*Alicia G. Rosenberg*

ALICIA G. ROSENBERG
United States Magistrate Judge

2